# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | | |
|---|---|---|
| JAMES RIEVES | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. **3-18-0965** |
| TOWN OF SMYRNA, TN ET AL | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SMYRNA MAYOR'S OFFICE
315 S. LOWRY ST.
SMYRNA, TN 37167

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   BRAZIL CLARK, PLLC
2706 LARMON AVENUE
NASHVILLE, TN 37204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP 27 2018

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

JAMES RIEVES

*Plaintiff*

v.

TOWN OF SMYRNA, TN ET AL

*Defendant*

Civil Action No. 3 - 18 - 0 9 6 5

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SMYRNA POLICE CHIEF KEVIN ARNOLD
SMYRNA POLICE DEPARTMENT
400 ENON SPRINGS ROAD E, SMYRNA, TN 37167

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: BRAZIL CLARK, PLLC
2706 LARMON AVENUE
NASHVILLE, TN 37204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: SEP. 2 7 2018

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| JAMES RIEVES <br> *Plaintiff* <br> v. <br> TOWN OF SMYRNA, TN ET AL <br> *Defendant* | Civil Action No. **3-18-0965** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RUTHERFORD COUNTY, TENNESSEE
COUNTY COURTHOUSE, ONE PUBLIC SQUARE
ROOM 101
MURFREESBORO, TN

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: BRAZIL CLARK, PLLC
2706 LARMON AVENUE
NASHVILLE, TN 37204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: SEP 27 2018

*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| JAMES RIEVES <br><br> *Plaintiff* <br> v. <br> TOWN OF SMYRNA, TN ET AL <br><br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. **3-18-0965** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DISTRICT ATTORNEY JENNINGS JONES
DISTRICT ATTORNEY GENERAL MURFREESBORO CRIMINAL OFFICE
320 W. MAIN ST., ST. #100
MURFREESBORO, TN 37130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: BRAZIL CLARK, PLLC
2706 LARMON AVENUE
NASHVILLE, TN 37204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP 27 2018          _____
                            *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| JAMES RIEVES <br> _Plaintiff_ <br> v. <br> TOWN OF SMYRNA, TN ET AL <br> _Defendant_ | Civil Action No. **3-18-0965** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    ASSISTANT DISTRICT ATTORNEY JOHN ZIMMERMAN
DISTRICT ATTORNEY GENERAL MURFREESBORO CRIMINAL OFFICE
320 W. MAIN ST., ST. #100
MURFREESBORO, TN 37130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    BRAZIL CLARK, PLLC
2706 LARMON AVENUE
NASHVILLE, TN 37204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP 27 2018

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | | |
|---|---|---|
| JAMES RIEVES | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 3-18-0965 |
| TOWN OF SMYRNA, TN ET AL | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    RUTHERFORD COUNTY SHERIFF MIKE FITZHUGH
940 NEW SALEM RD.
MURFRESSBORO, TN 37129

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    BRAZIL CLARK, PLLC
2706 LARMON AVENUE
NASHVILLE, TN 37204

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: SEP 2 7 2018

*Signature of Clerk or Deputy Clerk*