Exhibit 03

Interview Notes        1 of 3

3/6/18 — Feb 3, 2017 → Ad on Facebook - Advert. Vapeboro
12:12pm  selling 100% Legal CBD products. Chill Gummies.
Schedule/etc. Yes/No. Sent to Lab. #24ish g gummies.
Looked like sour patch kids. August 2017 CBD
Sch. 6. Refer to Lab Report. First time. Took TCA 39-17-417.
Took to D.A.'s Office for Advice. Ref. to John Zimmerman.
Went into his Office w/ Det. ▓▓▓▓ & ▓▓▓▓.
▓▓▓▓. Zimmermann called Glen Everett → Superv. @
TBI Lab. Conveyed was Sched. Subst. Synth. Subst.
Linked to two deaths. Why writt. Lab Report. We were
in possess. Sch. 6 = illegal & needed to be prosec.
J.Z. Req. more purchases. More purchases from same
store & outside M'Boro. Sgt. ▓▓▓▓ gotten complaints. Most of
purchases Ref. ▓▓▓▓ & Poss. ▓▓▓▓ on Feb. purch.
20th stores 2017. Feb. 2018 - 1 purchase. 2017 purchases
included Gummies & Vape Oils. Shatter → Wax subst. Buttery
Wax - Street Name. Had bought on Street. Tobacco #70 for
half a gram. Bought more @ Vape Shop. Photographed ea.
per Zimm. Copy Receipt. → Sent Labs. Lab Results car
list CBD. Know. on CBD → via Google. Find legal & illegal.
Got new TCA Book. ↗ Ment. in TCA. Become uncert. w/ Case
& Prosecut. in itself. ▓▓▓▓. Sought Legal Advice
from Prosecution. Spoke to J. Zimm. Num. times for clarity.
Couldn't get clarity from J. Zimm. Did get a little
more Clarity from Eric Farmer. Eric Farmer did say illegal.
My opinion. Sev. Meetings & discuss how would work.
John Zimm. Recom. Padlocking. B/c selling illegal products.

Exhibit 03

==Jennings Expressed Definitely illegal.== Very Pass. 2 of 3 used G.D. in conversation. Maj. had requested meeting. Went over T.C.A's showing exemptions. Went to g. Jury. Follow Monday (Usu. Wed, possib. Thurs by) Thinks first time on District Attorney General led. Go in to G.J. Sworn by Female D.A. went over law. Q discussion about TBI Told G.J. it was illegal Sch. 6. Substance. Q them mentioning. Later in Week, met w/ Judge Taylor. Myself / Eric Farmer / Judge Taylor. → Met w/ Twice D.A's office drew up paperwork. John Zimm. presented to Judge. I signed as Affidant. First 3 of us met Q sure if Eric present on 2nd. (1st time, went to give + discuss. Q signed First. Things come in + signed. Met w/ & he brought

[ ==* Anything Pertinent== → Day of padlocking. Operational Brief. ==Eric Farmer + John Zimmerman would be going to stores. I Expressed concern. Jennings told me that== Padlocking took place on Monday. Arraignment date set for 16th (4 days after). On Thurs, wanted Farmer or Zimm. to help w/ pretrial prep. Eric said to say this stuff Q come from Explain hemp. On phone → told him 'said' packages come from Hemp + Q Title. This day before Arraignment. By Arraignment we got items out of Evidence.

Exhibit 09

3/13/18        Int. w/ [redacted]

10:25AM — Meeting, Det. [redacted] TBI Lab Results Vape Shop. Chill Gummies Sch. 6 + Methyl (synthetic). Odd. [redacted] John re Retail Legality conversation. → Showed J. Zimm. Lab Result. Wheth. Sch. 6? J.Z. called possibly Amzn. Lab. Google Calls. Confirmed w/ them it was a Sch. 6. Methyl. → $\overset{TBI}{synth}$ was Respons. For 2 deaths. Disc'd Legality of CBD bt. J.Z. + pers. on phone. Discussion on next step. He $\overset{J.Z.}{suggest}$ addit. purchases. Thought J.Z. more interested in Synthetic. Also made call to Lab to expedite. ==Brought up to J.Z. Amazon is selling. He laughed + said we aren't going aft. Amazon. He said go to Vape Stores== [redacted] ==smoke shops already selling.== Went to Meeting @ CJC building [redacted] /Zimm/[redacted]/Capt. Reed. Not sure. Kept referring to what he did in Nashville w/ synth. Marijuana cases. Said he would handle Nuisance. Thought strange, 1st time for in 4 yrs. Conv. w/ [redacted] Luckies. Stone kinda Extreme. TBI cramp. Notice to stores in re 30 days to Remove. No charges. Concerns about Franklin Owner. No people really know this stuff is illegal. Extreme to Padlock/Arrest. Options → search warrant take product/ Letter / or Order. [redacted] presented other options. Zimm. Sent $\overset{TBI}{text}$ about CBD case. Responded Cool.