# John Frost Jr

**From:** John C. Zimmermann <jczimmermann@tndagc.org>
**Sent:** Friday, December 1, 2017 11:16 AM
**To:** 'glenn.everett@tn.gov'; 'glen.everett@tn.gov'
**Cc:** ██████████ 'ella.carpenter@tn.gov'; 'jennifer.sullivan@tn.gov'; 'rebecca.hernandez@tn.gov'; Jennings H. Jones
**Subject:** lab reports
**Attachments:** 20171201114426.pdf

Glenn,

Can you look over these reports and help us reconcile them?

Lab # ████████ by Hernandez (this was the first lab report that kicked off this investigation) and found exhibit to be schedule VI and containing a synthetic drug 5-Fluoro ADB.

*After this seizure the stores switched to other items and began selling "Hemp Bomb gummy edibles"*
*Police are seizing "Hemp Bond Gummies" from various stores. Same mfg and packaging.*

Lab # ████████ by Sullivan changed the description of the exhibit from what was on the request form to "sugar coated gummy bear" even though the exhibit description had the Hemp Bomb description

Lab # ████████ by Hernandez changed the description of the exhibit from what was on the Request form, and found the test to be "inconclusive". This in spite of the fact that Det. ██████████ informed that it was the same packaging for all the above.

Lab # ████████ by Carpenter properly described the "Hemp Bond gummy edibles" but shows "No anlaysis performed" though on the second exhibit she did a test and found it to be Cannabidiol, BUT did not list it as a schedule VI substance (the schedule column has a hyphen through it).

Before we indict these owners of businesses, and padlock their businesses, we want to make sure we are understanding what is being offered for sale. Police say we have about 20 businesses and I want to make sure we are on the same page as the expert chemists.

Thanks for the hard work of your staff to make these quick turn arounds, and for getting these reports done so quickly.

John C. Zimmermann
Asst. District Attorney General
320 W. Main Street
Murfreesboro, TN 37130
615-898-8008

LEGAL CONFIDENTIAL: The information in this e-mail and in any attachment may contain information that is privileged either legally or otherwise. It is intended only for the attention and use of the named recipient. If you are not the intended recipient, you are not authorized to retain, disclose, copy or distribute the message and/or any of its attachments. If you received this e-mail in error, please notify me and delete this message.

1

CANDY −000001105