| | |
|---|---|
| From: | Bill Sharp |
| To: | Matt Goney |
| Subject: | FW: Meeting to discuss Edibles |
| Date: | Monday, March 26, 2018 10:41:02 AM |

**From:** Jennings H. Jones [mailto:jhjones@tndagc.org]
**Sent:** Wednesday, January 24, 2018 10:45 AM
**To:** Bill Sharp <bsharp@RCSOTN.ORG>; John C. Zimmermann <jczimmermann@tndagc.org>
**Subject:** Meeting to discuss Edibles

John and Bill:

    Bill has expressed a concern about what will happen if we indict, seize property and then the TBI refuses to testify that the substances used are illegal. Let's get together and discuss what is going on and how to address this possible issue.

Are both of you available on Friday, February 2nd at 9am? If not, we can pick another date.

Jennings H. Jones
District Attorney General
16th Judicial District
320 W. Main Street, Ste 100
Murfreesboro, TN 37130
(615) 898-8008

LEGAL CONFIDENTIAL: The information in this e-mail and in any attachment may contain information that is privileged either legally or otherwise. It is intended only for the attention and use of the named recipient. If you are not the intended recipient, you are not authorized to retain, disclose, copy or distribute the message and/or any of its attachments. If you received this e-mail in error, please notify me and delete this message.