ASSISTANT DISTRICT ATTORNEYS GENERAL
THOMAS F. JACKSON, JR.
J. PAUL NEWMAN
TREVOR H. LYNCH
LESLIE A. COLLUM
ALLEN D. HALE
SHAWN D. PUCKETT
SHEILA FREEZE
ALLYSON S. ABBOTT
DANA S. MINOR
MATT WESTMORELAND
ANDREW J. HAZLEY, JR.
JOHN ZIMMERMANN
NED COLEMAN
SARAH N. DAVIS
BRENT L. PIERCE
C. ERIC FARMER
HUGH T. AMMERMAN
KAYLA BRAGG
SHARON L. REDDICK
MIRIAM WARD



# JENNINGS H. JONES

DISTRICT ATTORNEY GENERAL
SIXTEENTH JUDICIAL DISTRICT
320 WEST MAIN STREET · SUITE 100
MURFREESBORO, TENNESSEE 37130
615 / 898-8008
FAX: 615 / 898-8039

ADMINISTRATIVE ASSISTANT
RENA SISSOM

VICTIM/WITNESS COORDINATOR
LESLIE H. SELF

ASSISTANT VICTIM/WITNESS
COORDINATOR
TONYA D. PITMAN

FORENSIC INVESTIGATOR
JESSICA L. MOORE

COUNTIES
RUTHERFORD/CANNON

February 28, 2018

## **PRESS RELEASE**

The District Attorney's office initiated actions to enforce the law in this case because the TBI assured us that the items being sold at various businesses in Rutherford County were infused with illegal controlled substances. It is the duty of all law enforcement to prevent the sale of controlled substances. Attached to this release is a copy of the marijuana statute which exempts all industrial hemp products and copies of all lab reports where cannabidiol was found to be present in products sold by the markets. All criminal charges will be dismissed and records expunged. All public nuisance actions will be dismissed and all property seized under the court's orders will be returned.

Before my office acted in this case, two of my assistants and officers from two law enforcement agencies met with TBI officials at their headquarters. They made TBI officials aware of our concerns that several lab reports they had issued declared that edible products that had been purchased by police officers contained a substance called cannabidiol and listed that substance as a Schedule VI controlled substance. That conclusion by the TBI meant that the substance the TBI lab detected on the candy products was prohibited under Title 39 of the Tennessee Criminal Code, which only exempts cannabidiol when used for medical and research purposes as provided for by the statute. At that meeting, TBI officials assured us that they were standing by their determination that the "cannabidiol" substance found on the edible products was a Schedule VI controlled substance and that their previous reports were accurate. My assistants at that meeting advised the TBI that since these stores were selling what TBI reported as controlled substances, my office intended to take appropriate enforcement action including seeking injunctions as public nuisances and criminal indictments. TBI lab reports issued after the meeting also found that the cannabidiol detected was a Schedule VI controlled substance.

After all the TBI lab reports were received in this investigation, the information concerning the investigation coupled with the findings of the TBI lab were presented to the Rutherford County Grand Jury and then to Circuit Judge Royce Taylor. These TBI lab reports were filed with the court by my office and constitute public records. The Grand Jury returned true bills because the TBI lab reports stated that the substances within the edible products contained illegal controlled substances. The TBI lab reports and reports of the investigations were also presented to Judge Taylor as part of a petition to declare these businesses as public nuisances under the law. State law declares that any building used in the selling of controlled substances constitutes a public nuisance. Judge Taylor found probable cause that each business was operating as a

public nuisance based, in part, upon the findings contained in the TBI lab reports that the products contained a Schedule VI controlled substance. Judge Taylor then ordered law enforcement agencies to padlock each business pending a hearing in court.

Chemists from TBI have now informed my office that they cannot determine whether the cannabidiol detected on these products came from a hemp plant or marijuana plant. I was also informed that the TBI lab cannot determine the level of tetrahydrocannabinol (THC) in any of the products they tested.

It now appears that the TBI lab reports, if they had been accurately written, should have stated that their findings were "inconclusive" as to whether cannabidiol is a controlled substance. The cannabidiol substance detected by the TBI lab in the edible candies is identical in composition to the same extract from hemp products, which are distinct under the law from marijuana products. Since the TBI lab cannot conclusively establish in court that the cannabidiol they detected was derived from a marijuana plant, the State cannot prove the substance is actually a Schedule VI controlled substance. The TBI lab reports constituted the foundation of all indictments and nuisance actions in this case.


Jennings H. Jones
District Attorney General

Current through 2017 Regular Session (Chapter 493).

*Tennessee Code Annotated  >  Title 39 Criminal Offenses  >  Chapter 17 Offenses Against Public Health, Safety and Welfare  >  Part 4 Drugs*

## 39-17-415. Criteria and controlled substances for Schedule VI.

(a) There is established a Schedule VI for the classification of substances which the commissioner of mental health and substance abuse services, upon the agreement of the commissioner of health, upon considering the factors set forth in *§ 39-17-403*, decides should not be included in Schedules I through V. The controlled substances included in Schedule VI are:

(1) Marijuana;

(2) Tetrahydrocannabinols; and

(3) Synthetic equivalents of the substances contained in the plant, or in the resinous extractives of *Cannabis, sp.* and/or synthetic substances, derivatives, and their isomers with similar chemical structure and pharmacological activity, such as the following:

(A) 1 cis or trans tetrahydrocannabinol, and its optical isomers;

(B) 6 cis or trans tetrahydrocannabinol, and its optical isomers; or

(C) 3, 4 cis or trans tetrahydrocannabinol, and its optical isomers.

(b) Since nomenclature of these substances is not internationally standardized, compounds of these structures, regardless of numerical designation of atomic positions are covered.

(c) Nothing in this section shall be construed to categorize industrial hemp, as defined in *§ 43-26-102*, as a controlled substance; provided, however, that industrial hemp shall be categorized as a controlled substance in circumstances where such classification is required by *§ 43-26-103(c)*.

## History

Acts 1989, ch. 591, § 1; 2010, ch. 1100, § 65; 2012, ch. 575, § 2; 2014, ch. 916, § 2; 2016, ch. 738, § 2.

Annotations

## Notes

### Compiler's Notes.

*Acts 2010, ch. 1100, § 153* provided that the commissioner of mental health and developmental disabilities, the commissioner of mental health, the commissioner of intellectual and developmental disabilities, and the commissioner of finance and administration are authorized to promulgate rules and regulations to effectuate the purposes of the act. All such rules and regulations shall be promulgated in accordance with the provisions of the Uniform Administrative Procedures Act, compiled in title 4, chapter 5.




# TENNESSEE BUREAU OF INVESTIGATION
## NASHVILLE CRIME LABORATORY
901 R.S. Gass Boulevard
Nashville, Tennessee 37216-2639

BILL HASLAM
Governor

MARK GWYN
Director

## OFFICIAL FORENSIC CHEMISTRY REPORT

TO:  Curtis Beane
     Rutherford Co. S.D.
AGENCY CASE NO:   17020303544

DATE ISSUED:   5/12/17
**LAB CASE NO:**   **171002796**
COUNTY:   Rutherford

SUBJECT(S):

VICTIM(S):

Received From:   Robert Dowell
Received By:   Susan Clark
EXHIBIT(S):
001-a   Red gummy candy

Date Received:   2/8/17
Time Received:   12:15 pm

| RESULTS: | Controlled Substance | Schedule | Amount |
|---|---|---|---|
| 001-a | Cannabidiol | VI | 2.64 Gram(s) |
|  | 5-Fluoro ADB | - |  |

*5-Fluoro ADB is a methylindazolecarboxamidobutanoate compound and is defined as an illegal substance pursuant to Tennessee Code Annotated §39-17-438(a)(1)(S).*

*Other submitted gummy candies were not analyzed.*

DISPOSITION:

All examinations have been completed. Please pick up evidence within thirty days.

Respectfully Submitted,

*Rebecca M. Hernandez*

Rebecca Hernandez, F-ABC
Special Agent / Forensic Scientist
The above represents the interpretations and opinions of the analyst.
Technical notes and data supporting the conclusions/findings in this report are maintained within the laboratory case records.

Case 3:18-cv-00965   Document 5-8   Filed 10/15/18   Page 4 of 35 PageID #: 97

## OFFICIAL FORENSIC CHEMISTRY REPORT

**LABORATORY CASE NO:**      171002796

**DATE ISSUED:**      5/12/17

I certify and attest that this document is the proper record it purports to be.

_(signature)_

Designated Representative of Director TBI (T.C.A. 38-6-107 and/or 55-10-410)




**TENNESSEE BUREAU OF INVESTIGATION**
NASHVILLE CRIME LABORATORY
901 R.S. Gass Boulevard
Nashville, Tennessee 37216-2639

BILL HASLAM
Governor

MARK GWYN
Director

## OFFICIAL FORENSIC CHEMISTRY REPORT

TO: Eric Elstran
    Smyrna P.D.
AGENCY CASE NO:   17004956

DATE ISSUED:   1/26/18
**LAB CASE NO:**   **171024601**
COUNTY:   Rutherford

**SUBJECT(S)**
JAMES RIEVES

Received From:   James Wilhoite
Received By:   Susan Clark
EXHIBIT(S):

Date Received:   12/14/17
Time Received:   11:05 am

| EXHIBIT(S): | | | |
|---|---|---|---|
| 001-a | Amber substance | | |
| 002-a | Amber liquid | | |
| 002-b | Off-white powder | | |
| 002-c | Crystalline substance | | |

| RESULTS: | Controlled Substance | Schedule | Amount |
|---|---|---|---|
| 001-a | Cannabidiol | VI | - |
| 002-a | Cannabidiol | VI | - |
| 002-b | Cannabidiol | VI | - |
| 002-c | Cannabidiol | VI | - |
| | *Other submitted items were not analyzed.* | | |

DISPOSITION:

All examinations have been completed. Please pick up evidence within thirty days.

Respectfully Submitted,

*Jennifer Sullivan*

Jennifer Sullivan, F-ABC
Special Agent / Forensic Scientist
The above represents the interpretations and opinions of the analyst.
Technical notes and data supporting the conclusions /findings in this report are maintained within the laboratory case records.

Case 3:18-cv-00965   Document 5-8   Filed 10/15/18   Page 6 of 35 PageID #: 99

**LABORATORY CASE NO:**    171024601

**DATE ISSUED:**    1/26/18

I certify and attest that this document is the proper record it purports to be.

*Jennifer Hall*

Designated Representative of Director TBI (T.C.A. 38-6-107 and/or 55-10-410)



**TENNESSEE BUREAU OF INVESTIGATION**
NASHVILLE CRIME LABORATORY
901 R.S. Gass Boulevard
Nashville, Tennessee 37216-2639



BILL HASLAM
Governor

MARK GWYN
Director

## OFFICIAL FORENSIC CHEMISTRY REPORT

TO: Eric Elstran
    Smyrna P.D.
AGENCY CASE NO:   17005749

DATE ISSUED:   1/23/18
**LAB CASE NO:**   **171024609**
COUNTY:   Rutherford

Received From:   James Wilhoite
Received By:   Susan Clark
EXHIBIT(S):
001-a     Gummies

Date Received:   12/14/17
Time Received:   11:05 am

| RESULTS: | Controlled Substance | Schedule | Amount |
|---|---|---|---|
| 001-a | Cannabidiol | VI | 1 Unit(s) |
| | *No chemical analyses were performed on additional gummies.* | | |
| | *These were all consistent in appearance with exhibit 001-a.* | | |

DISPOSITION:

All examinations have been completed. Please pick up evidence within thirty days.

Respectfully Submitted,

*Jennifer Sullivan*

Jennifer Sullivan, F-ABC
Special Agent / Forensic Scientist

The above represents the interpretations and opinions of the analyst.
Technical notes and data supporting the conclusions/findings in this report are maintained within the laboratory case records.

I certify and attest that this document is the proper record it purports to be.

*Jennifer Hall*

Designated Representative of Director TBI (T.C.A. 38-6-107 and/or 55-10-410)

Case 3:18-cv-00965    Document 5-8    Filed 10/15/18    Page 8 of 35 PageID #: 101



# TENNESSEE BUREAU OF INVESTIGATION
## NASHVILLE CRIME LABORATORY
901 R.S. Gass Boulevard
Nashville, Tennessee 37216-2639



BILL HASLAM
Governor

MARK GWYN
Director

## OFFICIAL FORENSIC CHEMISTRY REPORT

TO: Curtis Beane
    Rutherford Co. S.D.
AGENCY CASE NO:   17082911338

DATE ISSUED:   9/19/17
**LAB CASE NO:**   **171018422**
COUNTY:   Rutherford

### LOCATION OF INCIDENT
STOP N GO TOBACCO AND BEER

Received From:   Curtis Beane
Received By:   Susan Clark
EXHIBIT(S):
001-a   Hemp Bomb gummy edibles
002-a   Infused gummy edibles

Date Received:   9/14/17
Time Received:   10:15 am

| RESULTS: | Controlled Substance | Schedule | Amount |
|---|---|---|---|
| 001-a | No analysis performed | - | - |
| 002-a | Cannabidiol | VI | 1 Unit(s) |
| | *No chemical analyses were performed on five additional units.* | | |
| | *These units were all consistent in appearance with exhibit 002-a.* | | |

### DISPOSITION:

All examinations have been completed. Please pick up evidence within thirty days.

Respectfully Submitted,

*Ella M. Carpenter*

Ella M Carpenter
Special Agent / Forensic Scientist

The above represents the interpretations and opinions of the analyst.
Technical notes and data supporting the conclusions/findings in this report are maintained within the laboratory case records.

I certify and attest that this document is the proper record it purports to be.

*Jennifer Hall*

Designated Representative of Director TBI (T.C.A. 38-6-107 and/or 55-10-410)



**TENNESSEE BUREAU OF INVESTIGATION**
NASHVILLE CRIME LABORATORY
901 R.S. Gass Boulevard
Nashville, Tennessee 37216-2639



BILL HASLAM
Governor

MARK GWYN
Director

## OFFICIAL FORENSIC CHEMISTRY REPORT

TO:  Curtis Beane
    Rutherford Co. S.D.
AGENCY CASE NO:   17082911338

DATE ISSUED:   9/21/17
**LAB CASE NO:**   **171018422**
COUNTY:   Rutherford

Received From:  Curtis Beane
Received By:  Susan Clark
EXHIBIT(S):
001-a     Hemp Bomb gummy edibles
002-a     Infused gummy edibles

Date Received:  9/14/17
Time Received:  10:15 am

| RESULTS: | Controlled Substance | Schedule | Amount |
|---|---|---|---|
| 001-a | No analysis performed | - | - |
| 002-a | Cannabidiol | - | 1 Unit(s) |

*No chemical analyses were performed on five additional units. These units were all consistent in appearance with exhibit 002-a.*

*This report has been amended to reflect removal of schedule.*

DISPOSITION:
All examinations have been completed. Please pick up evidence within thirty days.

Respectfully Submitted,

*Ella M. Carpenter*

Ella M Carpenter
Special Agent / Forensic Scientist
The above represents the interpretations and opinions of the analyst.
Technical notes and data supporting the conclusions/findings in this report are maintained within the laboratory case records.

**LABORATORY CASE NO:**     171018422

**DATE ISSUED:**     9/21/17

I certify and attest that this document is the proper record it purports to be.

*[signature]* Jennifer Hall

Designated Representative of Director TBI (T.C.A. 38-6-107 and/or 55-10-410)

Case 3:18-cv-00965   Document 5-8   Filed 10/15/18   Page 11 of 35 PageID #: 104




**TENNESSEE BUREAU OF INVESTIGATION**
NASHVILLE CRIME LABORATORY
901 R S Gass Boulevard
Nashville, Tennessee 37216-2639

BILL HASLAM
Governor

MARK GWYN
Director

### OFFICIAL FORENSIC CHEMISTRY REPORT

TO: Curtis Beane
Rutherford Co. S.D.
AGENCY CASE NO:  17082911339

DATE ISSUED:  9/28/17
**LAB CASE NO:**  **171018417**
COUNTY:  Rutherford

<u>LOCATION OF INCIDENT</u>
MARKET STOP N SHOP TOBACCO AND BEER

Received From:  Curtis Beane
Received By:  Susan Clark
<u>EXHIBIT(S):</u>
001-a  Sugar coated gummy bear
002-a  Brownie

Date Received:  9/14/17
Time Received:  10:15 am

| RESULTS: | Controlled Substance | Schedule | Amount |
|---|---|---|---|
| 001-a | Cannabidiol | VI | 1 Unit(s) |
| | *No chemical analyses were performed on four (4) additional sugar coated gummy bears.* | | |
| 002-a | No analysis performed | - | - |

<u>DISPOSITION:</u>
All examinations have been completed. Please pick up evidence within thirty days.

Respectfully Submitted,

*Jennifer Sullivan*

Jennifer Sullivan, F-ABC
Special Agent / Forensic Scientist
The above represents the interpretations and opinions of the analyst.
Technical notes and data supporting the conclusions /findings in this report are maintained within the laboratory case records.

I certify and attest that this document is the proper record it purports to be.

*Jennifer Hall*

Designated Representative of Director TBI (T.C.A. 38-6-107 and/or 55-10-410)

Page 1 of 1




**BILL HASLAM**
Governor

# TENNESSEE BUREAU OF INVESTIGATION
### NASHVILLE CRIME LABORATORY
901 R.S. Gass Boulevard
Nashville, Tennessee 37216-2639

**MARK GWYN**
Director

## OFFICIAL FORENSIC CHEMISTRY REPORT

TO:  Curtis Beane
     Rutherford Co. S.D.
AGENCY CASE NO:  17082911340

DATE ISSUED:   9/19/17
**LAB CASE NO:**   **171018416**
COUNTY:   Rutherford

**LOCATION OF INCIDENT**
ENCHANTED PLANET

Received From:  Curtis Beane
Received By:  Susan Clark
**EXHIBIT(S):**
001-a     Gummy frogs

Date Received:   9/14/17
Time Received:   10:15 am

| RESULTS: | Controlled Substance | Schedule | Amount |
|---|---|---|---|
| 001-a | Cannabidiol | VI | 1 Unit(s) |
| | *No chemical analyses were performed on three additional units.* | | |

DISPOSITION:

All examinations have been completed. Please pick up evidence within thirty days.

Respectfully Submitted,

*Lela Jackson*
_____

Lela Jackson
Special Agent / Forensic Scientist
The above represents the interpretations and opinions of the analyst.
Technical notes and data supporting the conclusions/findings in this report are maintained within the laboratory case records.

I certify and attest that this document is the proper record it purports to be.

*Jennifer Hall*
_____
Designated Representative of Director TBI (T.C.A. 38-6-107 and/or 55-10-410)

Case 3:18-cv-00965   Document 5-8   Filed 10/15/18   Page 13 of 35 PageID #: 106



# TENNESSEE BUREAU OF INVESTIGATION
## NASHVILLE CRIME LABORATORY
901 R.S. Gass Boulevard
Nashville, Tennessee 37216-2639



BILL HASLAM
Governor

MARK GWYN
Director

## OFFICIAL FORENSIC CHEMISTRY REPORT

TO: Curtis Beane
   Rutherford Co. S.D.
AGENCY CASE NO:   17082911340

DATE ISSUED:   9/21/17
**LAB CASE NO:**   **171018416**
COUNTY:   Rutherford

| | |
|---|---|
| Received From: | Curtis Beane |
| Received By: | Susan Clark |
| EXHIBIT(S): | |
| 001-a | Gummy frogs |

Date Received:   9/14/17
Time Received:   10:15 am

RESULTS:

| | Controlled Substance | Schedule | Amount |
|---|---|---|---|
| 001-a | Cannabidiol | - | 1 Unit(s) |

*No chemical analyses were performed on three additional units.*
*This report has been amended to remove scheduling.*

DISPOSITION:

All examinations have been completed. Please pick up evidence within thirty days.

Respectfully Submitted,

*Lela Jackson*

Lela Jackson
Special Agent / Forensic Scientist

The above represents the interpretations and opinions of the analyst.
Technical notes and data supporting the conclusions/findings in this report are maintained within the laboratory case records.

I certify and attest that this document is the proper record it purports to be.

Designated Representative of Director TBI (T.C.A. 38-6-107 and/or 55-10-410)

Case 3:18-cv-00965   Document 5-8   Filed 10/15/18   Page 14 of 35 PageID #: 107



**TENNESSEE BUREAU OF INVESTIGATION**
NASHVILLE CRIME LABORATORY
901 R.S. Gass Boulevard
Nashville, Tennessee 37216-2639



BILL HASLAM
Governor

MARK GWYN
Director

## OFFICIAL FORENSIC CHEMISTRY REPORT

TO:  Curtis Beane
    Rutherford Co. S.D.
AGENCY CASE NO:  17091211869

DATE ISSUED:  9/28/17
**LAB CASE NO:**  **171018418**
COUNTY:  Rutherford

**LOCATION OF INCIDENT**
TN VAPE AND SMOKE

Received From:  Curtis Beane
Received By:  Susan Clark
EXHIBIT(S):
001-a    Hemp Bomb Gummy Edibles
002-a    Captain Sour Gummy Edibles

Date Received:  9/14/17
Time Received:  10:15 am

| RESULTS: | Controlled Substance | Schedule | Amount |
|---|---|---|---|
| 001-a | No analysis performed | - | - |
| 002-a | Cannabidiol | VI | 1 Unit(s) |

*No chemical analyses were performed on 19 additional units.*
*These units were all consistent in appearance with exhibit 002-a.*

DISPOSITION:
All examinations have been completed. Please pick up evidence within thirty days.

Respectfully Submitted,

*Laura R Adams*

Laura Adams, F-ABC
Special Agent / Forensic Scientist
The above represents the interpretations and opinions of the analyst.
Technical notes and data supporting the conclusions/findings in this report are maintained within the laboratory case records.

I certify and attest that this document is the proper record it purports to be.

*Jennifer Hall*

Designated Representative of Director TBI (T.C.A. 38-6-107 and/or 55-10-410)

Case 3:18-cv-00965   Document 5-8   Filed 10/15/18   Page 15 of 35 PageID #: 108




### TENNESSEE BUREAU OF INVESTIGATION
#### NASHVILLE CRIME LABORATORY
901 R.S. Gass Boulevard
Nashville, Tennessee 37216-2639

BILL HASLAM
Governor

MARK GWYN
Director

## OFFICIAL FORENSIC CHEMISTRY REPORT

TO:  Curtis Beane
      Rutherford Co. S.D.
AGENCY CASE NO:   17091211870

DATE ISSUED:   9/28/17
**LAB CASE NO:**   **171018420**
COUNTY:   Rutherford

<u>LOCATION OF INCIDENT</u>
STOP N SHOP MARKET

Received From:  Curtis Beane
Received By:  Susan Clark
<u>EXHIBIT(S):</u>

Date Received:  9/14/17
Time Received:  10:15 am

| | |
|---|---|
| 001-a | Gummies |
| 002-a | Capsules |
| 003-a | Capsules |
| 004-a | Green capsules |

| RESULTS: | Controlled Substance | Schedule | Amount |
|---|---|---|---|
| 001-a | No analysis performed | - | - |
| 002-a | No analysis performed | - | - |
| 003-a | No analysis performed | - | - |
| 004-a | Cannabidiol | VI | 1 Capsule(s) |

*No chemical analyses were performed on (3) additional capsules. These capsules were all consistent in appearance with exhibit 004-a.*

<u>DISPOSITION:</u>
All examinations have been completed. Please pick up evidence within thirty days.

Respectfully Submitted,

Laura Leigh Cole
Special Agent / Forensic Scientist

The above represents the interpretations and opinions of the analyst.
Technical notes and data supporting the conclusions /findings in this report are maintained within the laboratory case records.

**LABORATORY CASE NO:**   171018420

**DATE ISSUED:**   9/28/17

I certify and attest that this document is the proper record it purports to be.

_Jennifer Hall_

Designated Representative of Director TBI (T.C.A. 38-6-107 and/or 55-10-410)

Case 3:18-cv-00965   Document 5-8   Filed 10/15/18   Page 17 of 35 PageID #: 110



**TENNESSEE BUREAU OF INVESTIGATION**
NASHVILLE CRIME LABORATORY
901 R.S. Gass Boulevard
Nashville, Tennessee 37216-2639



BILL HASLAM
Governor

MARK GWYN
Director

## OFFICIAL FORENSIC CHEMISTRY REPORT

TO: Curtis Beane
    Rutherford Co. S.D.
AGENCY CASE NO:   17091211871

DATE ISSUED:   9/29/17
**LAB CASE NO:**   **171018415**
COUNTY:   Rutherford

**LOCATION OF INCIDENT**
ONE STOP SHOP

Received From:  Curtis Beane
Received By:  Susan Clark
EXHIBIT(S):

Date Received:  9/14/17
Time Received:  10:15 am

| | |
|---|---|
| 001-a | Capsules |
| 002-a | Gummy bears |
| 003-a | Liquorice tubes |
| 004-a | Liquid (Approximately 30.0 mL) |
| 005-a | Liquid (Approximately 55.0 mL) |

| RESULTS: | Controlled Substance | Schedule | Amount |
|---|---|---|---|
| 001-a | No controlled substances were detected. | - | 1 Capsule(s) |
| | *No chemical analyses were performed on three additional capsules. These capsules were all consistent in appearance with exhibit 001-a.* | | |
| 002-a | Cannabinol | VI | 1 Unit(s) |
| | *No chemical analyses were performed on four additional gummy bears.* | | |
| 003-a | Cannabinol | VI | 1 Unit(s) |
| | *No chemical analyses were performed on 21 additional tubes. These tubes were all consistent in appearance with exhibit 003-a.* | | |
| 004-a | Cannabinol | VI | - |
| 005-a | Cannabinol | VI | - |

Case 3:18-cv-00965   Document 5-8   Filed 10/15/18   Page 18 of 35 PageID #: 111

## OFFICIAL FORENSIC CHEMISTRY REPORT

**LABORATORY CASE NO:**    171018415

**DATE ISSUED:**    9/29/17

DISPOSITION:

All examinations have been completed. Please pick up evidence within thirty days.

Respectfully Submitted,

*John Scott, Jr.*

John Scott
Special Agent / Forensic Scientist

The above represents the interpretations and opinions of the analyst.
Technical notes and data supporting the conclusions/findings in this report are maintained within the laboratory case records.

I certify and attest that this document is the proper record it purports to be.

*Jennifer Hall*

Designated Representative of Director TBI (T.C.A. 38-6-107 and/or 55-10-410)

Case 3:18-cv-00965   Document 5-8   Filed 10/15/18   Page 19 of 35 PageID #: 112



**TENNESSEE BUREAU OF INVESTIGATION**
NASHVILLE CRIME LABORATORY
901 R.S. Gass Boulevard
Nashville. Tennessee 37216-2639



BILL HASLAM
Governor

MARK GWYN
Director

## OFFICIAL FORENSIC CHEMISTRY REPORT

TO: Curtis Beane
    Rutherford Co. S.D.
AGENCY CASE NO:   17091411944

DATE ISSUED:   1/29/18
**LAB CASE NO:**   **171024920**
COUNTY:   Rutherford

<u>LOCATION OF INCIDENT</u>
DISCOUNT TOBACCO AND BEER

Received From:  Curtis Beane
Received By:  Susan Clark
<u>EXHIBIT(S):</u>
001-a       Gummy candy
002-a       Gummy candy

Date Received:  12/19/17
Time Received:  10:45 am

| RESULTS: | Controlled Substance | Schedule | Amount |
|---|---|---|---|
| 001-a | Cannabidiol | VI | 1 Unit(s) |
| | *No chemical analyses were performed on nineteen (19) additional gummy candies. These were all consistent in appearance with exhibit 001-a.* | | |
| 002-a | No analysis performed | - | - |

<u>DISPOSITION:</u>
All examinations have been completed. Please pick up evidence within thirty days.

Respectfully Submitted,

*Jennifer Sullivan*

Jennifer Sullivan, F-ABC
Special Agent / Forensic Scientist
The above represents the interpretations and opinions of the analyst.
Technical notes and data supporting the conclusions/findings in this report are maintained within the laboratory case records.

I certify and attest that this document is the proper record it purports to be.

*Jennifer Hall*

Designated Representative of Director TBI (T.C.A. 38-6-107 and/or 55-10-410)



# TENNESSEE BUREAU OF INVESTIGATION

### NASHVILLE CRIME LABORATORY
901 R.S. Gass Boulevard
Nashville, Tennessee 37216-2639

**BILL HASLAM**
Governor



**MARK GWYN**
Director

## OFFICIAL FORENSIC CHEMISTRY REPORT

TO:  Curtis Beane
    Rutherford Co. S.D.
AGENCY CASE NO:    17091411945

DATE ISSUED:    1/29/18
**LAB CASE NO:**    **171024922**
COUNTY:    Rutherford

### LOCATION OF INCIDENT
FAMILY MARKET DISCOUNT TOBACCO AND BEER

Received From:  Curtis Beane
Received By:  Susan Clark
EXHIBIT(S):

Date Received:    12/19/17
Time Received:    10:45 am

| | |
|---|---|
| 001-a | Gummy candy |
| 002-a | Gummy candy |

RESULTS:

| | Controlled Substance | Schedule | Amount |
|---|---|---|---|
| 001-a | Cannabidiol | VI | 1 Unit(s) |
| | *No chemical analyses were performed on five (5) additional gummy candies. These were all consistent in appearance with exhibit 001-a.* | | |
| 002-a | No analysis performed | - | - |

DISPOSITION:

All examinations have been completed. Please pick up evidence within thirty days.


Respectfully Submitted,

*Jennifer Sullivan*

Jennifer Sullivan, F-ABC
Special Agent / Forensic Scientist
The above represents the interpretations and opinions of the analyst.
Technical notes and data supporting the conclusions /findings in this report are maintained within the laboratory case records.


I certify and attest that this document is the proper record it purports to be.

*Jennifer Hall*

Designated Representative of Director TBI (T.C.A. 38-6-107 and/or 55-10-410)




**BILL HASLAM**
Governor

# TENNESSEE BUREAU OF INVESTIGATION
## NASHVILLE CRIME LABORATORY
901 R.S. Gass Boulevard
Nashville, Tennessee 37216-2639

**MARK GWYN**
Director

## OFFICIAL FORENSIC CHEMISTRY REPORT

TO:  Curtis Beane
    Rutherford Co. S.D.
AGENCY CASE NO:   17091411946

DATE ISSUED:   1/29/18
**LAB CASE NO:**   **171024931**
COUNTY:   Rutherford

**LOCATION OF INCIDENT**
TOBACCO BREW AND CHEW

Received From:  Curtis Beane
Received By:   Erica Brotherton
EXHIBIT(S):

Date Received:  12/19/17
Time Received:  10:45 am

| Exhibit | Description |
|---|---|
| 001-a | Yellow rock-like substance |
| 002-a | Gummy candy |
| 003-a | Gummy candy |
| 004-a | Gummy candy |
| 005-a | Capsules |
| 006-a | Liquid |
| 007-a | Liquid |

| RESULTS: | Controlled Substance | Schedule | Amount |
|---|---|---|---|
| 001-a | Cannabidiol | VI | 0.51 Gram(s) |
| 002-a | No analysis performed | - | - |
| 003-a | No analysis performed | - | - |
| 004-a | No analysis performed | - | - |
| 005-a | No analysis performed | - | - |
| 006-a | No analysis performed | - | - |
| 007-a | No analysis performed | - | - |

Case 3:18-cv-00965   Document 5-8   Filed 10/15/18   Page 22 of 35 PageID #: 115

**LABORATORY CASE NO:**     171024931

**DATE ISSUED:**     1/29/18

DISPOSITION:

All examinations have been completed. Please pick up evidence within thirty days.


Respectfully Submitted,

*Jennifer Sullivan*

_____

Jennifer Sullivan, F-ABC

Special Agent / Forensic Scientist

The above represents the interpretations and opinions of the analyst.

Technical notes and data supporting the conclusions/findings in this report are maintained within the laboratory case records.


I certify and attest that this document is the proper record it purports to be.

*Jennifer Hall*

_____

Designated Representative of Director TBI (T.C.A. 38-6-107 and/or 55-10-410)

Case 3:18-cv-00965   Document 5-8   Filed 10/15/18   Page 23 of 35 PageID #: 116



**TENNESSEE BUREAU OF INVESTIGATION**
NASHVILLE CRIME LABORATORY
901 R.S. Gass Boulevard
Nashville, Tennessee 37216-2639



BILL HASLAM
Governor

MARK GWYN
Director

## OFFICIAL FORENSIC CHEMISTRY REPORT

TO: Curtis Beane
    Rutherford Co. S.D.
AGENCY CASE NO: 17091411947

DATE ISSUED: 1/23/18
**LAB CASE NO:** **171024929**
COUNTY: Rutherford

**SUBJECT(S)**
LAVERGNE VAPOR

Received From: Curtis Beane
Received By: Angela Sanders
EXHIBIT(S):

Date Received: 12/19/17
Time Received: 10:45 am

| Exhibit | Description |
|---------|-------------|
| 001-a | Gummies |
| 002-a | Gummies |
| 003-a | Liquid |

| RESULTS: | Controlled Substance | Schedule | Amount |
|----------|---------------------|----------|--------|
| 001-a | Cannabidiol | VI | 1 Unit(s) |
| | *No chemical analyses were performed on additional gummies. These gummies were all consistent in appearance with exhibit 001-a.* | | |
| 002-a | No analysis performed | - | - |
| 003-a | No analysis performed | - | - |

DISPOSITION:
All examinations have been completed. Please pick up evidence within thirty days.

Respectfully Submitted,

*Jennifer Sullivan*

Jennifer Sullivan, F-ABC
Special Agent / Forensic Scientist

The above represents the interpretations and opinions of the analyst.
Technical notes and data supporting the conclusions/findings in this report are maintained within the laboratory case records.

**LABORATORY CASE NO:**    171024929

**DATE ISSUED:**    1/23/18

I certify and attest that this document is the proper record it purports to be.

_Jennifer Hall_

Designated Representative of Director TBI (T.C.A. 38-6-107 and/or 55-10-410)

Case 3:18-cv-00965   Document 5-8   Filed 10/15/18   Page 25 of 35 PageID #: 118




**TENNESSEE BUREAU OF INVESTIGATION**
NASHVILLE CRIME LABORATORY
901 R.S. Gass Boulevard
Nashville, Tennessee 37216-2639

BILL HASLAM
Governor

MARK GWYN
Director

## OFFICIAL FORENSIC CHEMISTRY REPORT

TO: Curtis Beane
    Rutherford Co. S.D.
AGENCY CASE NO:   17091411948

DATE ISSUED:   1/29/18
**LAB CASE NO:**   **171024918**
COUNTY:   Rutherford

**LOCATION OF INCIDENT**
T & B TOBACCO AND BEER

Received From:   Curtis Beane
Received By:   Susan Clark
EXHIBIT(S):
001-a     Red liquid
002-a     Gummy candy
003-a     Gummy candy

Date Received:   12/19/17
Time Received:   10:45 am

| RESULTS: | Controlled Substance | Schedule | Amount |
|---|---|---|---|
| 001-a | Cannabidiol | VI | - |
| 002-a | No analysis performed | - | - |
| 003-a | No controlled substances were detected. | - | 1 Unit(s) |
| | *No chemical analyses were performed on four (4) additional gummy candies. These were all consistent in appearance with exhibit 003-a.* | | |

DISPOSITION:
All examinations have been completed. Please pick up evidence within thirty days.

Respectfully Submitted,

*Jennifer Sullivan*

Jennifer Sullivan, F-ABC
Special Agent / Forensic Scientist
The above represents the interpretations and opinions of the analyst.
Technical notes and data supporting the conclusions/findings in this report are maintained within the laboratory case records.

**LABORATORY CASE NO:**    171024918

**DATE ISSUED:**    1/29/18

I certify and attest that this document is the proper record it purports to be.

Designated Representative of Director TBI (T.C.A. 38-6-107 and/or 55-10-410)

Case 3:18-cv-00965   Document 5-8   Filed 10/15/18   Page 27 of 35 PageID #: 120




**BILL HASLAM**
Governor

**TENNESSEE BUREAU OF INVESTIGATION**
NASHVILLE CRIME LABORATORY
901 R.S. Gass Boulevard
Nashville, Tennessee 37216-2639

**MARK GWYN**
Director

## OFFICIAL FORENSIC CHEMISTRY REPORT

TO:  Curtis Beane
     Rutherford Co. S.D.
AGENCY CASE NO:   17091411949

DATE ISSUED:   1/29/18
**LAB CASE NO:   171024924**
COUNTY:   Rutherford

<u>**LOCATION OF INCIDENT**</u>
MAGICAL VAPORS

Received From:  Curtis Beane
Received By:  Angela Sanders
<u>EXHIBIT(S):</u>
001-a      Crystalline substance
002-a      Liquid

Date Received:   12/19/17
Time Received:   10:45 am

| RESULTS: | Controlled Substance | Schedule | Amount |
|---|---|---|---|
| 001-a | Cannabidiol | VI | 1.00 Gram(s) |
| 002-a | No analysis performed | - | - |

<u>DISPOSITION:</u>
All examinations have been completed. Please pick up evidence within thirty days.

Respectfully Submitted,

*Jennifer Sullivan*

Jennifer Sullivan, F-ABC
Special Agent / Forensic Scientist
The above represents the interpretations and opinions of the analyst.
Technical notes and data supporting the conclusions/findings in this report are maintained within the laboratory case records.

I certify and attest that this document is the proper record it purports to be.

*Jennifer Hall*

Designated Representative of Director TBI (T.C.A. 38-6-107 and/or 55-10-410)



**TENNESSEE BUREAU OF INVESTIGATION**
NASHVILLE CRIME LABORATORY
901 R.S. Gass Boulevard
Nashville, Tennessee 37216-2639



BILL HASLAM
Governor

MARK GWYN
Director

## OFFICIAL FORENSIC CHEMISTRY REPORT

TO: Curtis Beane
    Rutherford Co. S.D.
AGENCY CASE NO:   17092912505

DATE ISSUED:   1/29/18
**LAB CASE NO:**   **171024925**
COUNTY:   Rutherford

**LOCATION OF INCIDENT**
QUICK STOP DISCOUNT TOBACCO AND BEER

Received From:  Curtis Beane
Received By:    Susan Clark
EXHIBIT(S):
001-a        Green capsules

Date Received:  12/19/17
Time Received:  10:45 am

RESULTS:

| | Controlled Substance | Schedule | Amount |
|---|---|---|---|
| 001-a | Cannabidiol | VI | 1 Capsule(s) |

*No chemical analyses were performed on three (3) additional*
*capsules. These capsules were all consistent in appearance with*
*exhibit 001-a.*

DISPOSITION:

All examinations have been completed. Please pick up evidence within thirty days.

Respectfully Submitted,

*Jennifer Sullivan*

Jennifer Sullivan, F-ABC
Special Agent / Forensic Scientist
The above represents the interpretations and opinions of the analyst.
Technical notes and data supporting the conclusions/findings in this report are maintained within the laboratory case records.

I certify and attest that this document is the proper record it purports to be.

*Jennifer Hall*

Designated Representative of Director TBI (T.C.A. 38-6-107 and/or 55-10-410)



**TENNESSEE BUREAU OF INVESTIGATION**
NASHVILLE CRIME LABORATORY
901 R.S. Gass Boulevard
Nashville, Tennessee 37216-2639



BILL HASLAM
Governor

MARK GWYN
Director

## OFFICIAL FORENSIC CHEMISTRY REPORT

TO:  Curtis Beane
     Rutherford Co. S.D.
AGENCY CASE NO:   17100312657

DATE ISSUED:    1/29/18
**LAB CASE NO:**    **171024921**
COUNTY:    Rutherford

**LOCATION OF INCIDENT**
99 CENTS DISCOUNT TOBACCO AND BEER

Received From:  Curtis Beane
Received By:    Leslie Hall
EXHIBIT(S):
001-a         Gummy Candy
002-a         Gummy Candy
003-a         Liquid

Date Received:    12/19/17
Time Received:    10:45 am

| RESULTS: | Controlled Substance | Schedule | Amount |
|---|---|---|---|
| 001-a | No analysis performed | - | - |
| 002-a | No analysis performed | - | - |
| 003-a | Cannabidiol | VI | - |

DISPOSITION:
All examinations have been completed. Please pick up evidence within thirty days.

Respectfully Submitted,

*Jennifer Sullivan*

Jennifer Sullivan, F-ABC
Special Agent / Forensic Scientist
The above represents the interpretations and opinions of the analyst.
Technical notes and data supporting the conclusions /findings in this report are maintained within the laboratory case records.

**LABORATORY CASE NO:**   171024921

**DATE ISSUED:**   1/29/18

I certify and attest that this document is the proper record it purports to be.

Designated Representative of Director TBI (T.C.A. 38-6-107 and/or 55-10-410)



**TENNESSEE BUREAU OF INVESTIGATION**
NASHVILLE CRIME LABORATORY
901 R.S. Gass Boulevard
Nashville, Tennessee 37216-2639



BILL HASLAM
Governor

MARK GWYN
Director

## OFFICIAL FORENSIC CHEMISTRY REPORT

TO:  Curtis Beane
     Rutherford Co. S.D.
     AGENCY CASE NO:   17100312658

DATE ISSUED:   1/29/18
**LAB CASE NO:**   **171024923**
COUNTY:   Rutherford

**LOCATION OF INCIDENT**
KALEIDOSCOPE MEMORIAL

Received From:  Curtis Beane
Received By:    Erica Brotherton
EXHIBIT(S):
001-a      Liquid
002-a      White capsules

Date Received:  12/19/17
Time Received:  10:45 am

| RESULTS: | Controlled Substance | Schedule | Amount |
|---|---|---|---|
| 001-a | No analysis performed | - | - |
| 002-a | Cannabidiol | VI | 1 Capsule(s) |
| | *No chemical analyses were performed on one (1) additional capsule. This capsule was consistent in appearance with exhibit 002-a.* | | |

DISPOSITION:

All examinations have been completed. Please pick up evidence within thirty days.

Respectfully Submitted,

*Jennifer Sullivan*

Jennifer Sullivan, F-ABC
Special Agent / Forensic Scientist

The above represents the interpretations and opinions of the analyst.
Technical notes and data supporting the conclusions/findings in this report are maintained within the laboratory case records.

I certify and attest that this document is the proper record it purports to be.

*Jennifer Hall*

Designated Representative of Director TBI (T.C.A. 38-6-107 and/or 55-10-410)

Case 3:18-cv-00965   Document 5-8   Filed 10/15/18   Page 32 of 35 PageID #: 125



### TENNESSEE BUREAU OF INVESTIGATION
#### NASHVILLE CRIME LABORATORY
901 R.S. Gass Boulevard
Nashville, Tennessee 37216-2639



BILL HASLAM
Governor

MARK GWYN
Director

## OFFICIAL FORENSIC CHEMISTRY REPORT

TO:  Curtis Beane
    Rutherford Co. S.D.
AGENCY CASE NO:   17100312659

DATE ISSUED:   1/29/18
**LAB CASE NO:**   **171024930**
COUNTY:   Rutherford

**LOCATION OF INCIDENT**
WAW DISCOUNT TOBACCO AND BEER

Received From:  Curtis Beane
Received By:  Leslie Hall
EXHIBIT(S):
001-a        Gummy candy
002-a        Gummy candy
003-a        Liquid

Date Received:  12/19/17
Time Received:  10:45 am

| RESULTS: | Controlled Substance | Schedule | Amount |
|---|---|---|---|
| 001-a | No analysis performed | - | - |
| 002-a | No analysis performed | - | - |
| 003-a | Cannabidiol | VI | - |

DISPOSITION:
All examinations have been completed. Please pick up evidence within thirty days.

Respectfully Submitted,

*Jennifer Sullivan*

Jennifer Sullivan, F-ABC
Special Agent / Forensic Scientist
The above represents the interpretations and opinions of the analyst.
Technical notes and data supporting the conclusions/findings in this report are maintained within the laboratory case records.

Case 3:18-cv-00965   Document 5-8   Filed 10/15/18   Page 33 of 35 PageID #: 126

**LABORATORY CASE NO:**     171024930

**DATE ISSUED:**     1/29/18

I certify and attest that this document is the proper record it purports to be.

_(signature)_

Designated Representative of Director TBI (T.C.A. 38-6-107 and/or 55-10-410)



# TENNESSEE BUREAU OF INVESTIGATION
## NASHVILLE CRIME LABORATORY
901 R.S. Gass Boulevard
Nashville, Tennessee 37216-2639



BILL HASLAM
Governor

MARK GWYN
Director

## OFFICIAL FORENSIC CHEMISTRY REPORT

TO: Curtis Beane
    Rutherford Co. S.D.
AGENCY CASE NO:   17110814002

DATE ISSUED:   1/29/18
**LAB CASE NO:**   **171024961**
COUNTY:   Rutherford

**LOCATION OF INCIDENT**
KALEIDOSCOPE CHURCH ST

Received From:   Curtis Beane
Received By:   Leslie Hall
EXHIBIT(S):
001-a         White capsules

Date Received:   12/19/17
Time Received:   10:45 am

| RESULTS: | Controlled Substance | Schedule | Amount |
|---|---|---|---|
| 001-a | Cannabidiol | VI | 1 Capsule(s) |
| | *No chemical analyses were performed on one (1) additional capsule. This capsule was consistent in appearance with exhibit 001-a.* | | |

DISPOSITION:
All examinations have been completed. Please pick up evidence within thirty days.

Respectfully Submitted,

*Jennifer Sullivan*

Jennifer Sullivan, F-ABC
Special Agent / Forensic Scientist
The above represents the interpretations and opinions of the analyst.
Technical notes and data supporting the conclusions/findings in this report are maintained within the laboratory case records.

I certify and attest that this document is the proper record it purports to be.

*Jennifer Hall*

Designated Representative of Director TBI (T.C.A. 38-6-107 and/or 55-10-410)