**In the United States District Court**
**Middle District of Tennessee**
**At Nashville**

| | | |
|---|---|---|
| JAMES SWAIN RIEVES | ) | |
| SAMY ANGLY | ) | **Case No. 3-18-cv-0965** |
| AYOOB AYOOB | ) | |
| LOUIS SHAUN BERBERT | ) | **Judge Aleta A. Trauger** |
| AKRAM BISHARA | ) | |
| ESKANDER ESKANDER | ) | **JURY TRIAL DEMANDED** |
| GEORGE HANNA | ) | |
| EHAB MALATY | ) | |
| ALAA MANKARIOUS | ) | |
| NEVEN MANSOUR | ) | |
| MICHEAL MARCOUS | ) | |
| MENA MIKHAIL | ) | |
| SCOTT RITTER | ) | |
| GINA RITTER | ) | |
| FREDERICK SUBLETT | ) | |
| MARIAN TADROUS | ) | |
| MICHAEL ZAKARIA | ) | |
| | ) | |
|      Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TOWN OF SMYRNA, TENNESSEE, | ) | |
| SMYRNA POLICE CHIEF KEVIN ARNOLD, | ) | |
|      (in his individual and official capacity) | ) | |
| RUTHERFORD COUNTY TENNESSEE, | ) | |
| DISTRICT ATTORNEY JENNINGS JONES | ) | |
|      (in his individual capacity), | ) | |
| ASSISTANT DISTRICT ATTORNEY | ) | |
| JOHN ZIMMERMAN | ) | |
|      (in his individual capacity), | ) | |
| RUTHERFORD COUNTY SHERIFF | ) | |
| MIKE FITZHUGH | ) | |
|      (in his individual and official capacity), | ) | |
| | ) | |
|      Defendants. | ) | |

## NOTICE OF APPEARANCE

Comes now Christopher W. Smith and enters his appearance on behalf of the Plaintiffs:

1. Samy Angly;
2. Ayoob Ayoob;
3. Louis Shaun Berbert;

4. Akram Bishara;
5. Eskander Eskander;
6. George Hanna;
7. Ehab Malaty;
8. Alaa Mankarious;
9. Neven Mansour;
10. Micheal Marcous;
11. Mena Mikhail;
12. Scott and Gina Ritter;
13. Frederick Sublett;
14. Marian Tadrous; and
15. Michael Zakaria.

Attorneys David Randolph Smith, Dominick R. Smith, and Lyon Chadwick will also appear in this matter on behalf of the above-named Plaintiffs.

<div style="margin-left: 40%;">

Respectfully submitted,
DAVID RANDOLPH SMITH & ASSOCIATES

By: /s/ Christopher W. Smith
Christopher W. Smith, TN BPR #034450
David Randolph Smith, TN BPR #011905
Dominick R. Smith. TN BPR #028783
W. Lyon Chadwick. Jr. TN BPR #029599
1913 21st Avenue South
Nashville, Tennessee 37212
615-742-1775
csmith@drslawfirm.com
drs@drslawfirm.com
dom@drslawfirm.com
lyon@drslawfirm.com

</div>

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy for his Notice of Appearance and the First Amended Complaint were filed electronically through the Court's ECF system on October 15, 2018.

Notice of these filings was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. The parties listed below will also be served by U.S. Mail:

*Town of Smyrna & Smyrna Police Chief Kevin Arnold*
SMYRNA MAYOR'S OFFICE
315 S. LOWRY ST.
SMYRNA, TN 37167

*Rutherford County, Tennessee*
RUTHERFORD COUNTY, TENNESSEE
COUNTY COURTHOUSE, ONE PUBLIC SQUARE ROOM 101
MURFREESBORO, TN

*District Attorney Jennings Jones*
DISTRICT ATTORNEY GENERAL MURFREESBORO CRIMINAL OFFICE
320 W. MAIN ST., ST. #100
MURFREESBORO, TN 37130

*Assistant District Attorney John Zimmerman*
DISTRICT ATTORNEY GENERAL MURFREESBORO CRIMINAL OFFICE
320 W. MAIN ST., ST. #100
MURFREESBORO, TN 37130

*Rutherford County Sheriff Mike Fitzhugh*
940 NEW SALEM RD.
MURFREESBORO, TN 37129

/s/ Christopher Smith