IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| JAMES SWAIN RIEVES,<br>SAMY ANGLY<br>AYOOB AYOOB<br>LOUIS SHAUN BERBERT<br>AKRAM BISHARA<br>ESKANDER ESKANDER<br>GEORGE HANNA<br>EHAB MALATY<br>ALAA MANKARIOUS<br>NEVEN MANSOUR<br>MICHEAL MARCOUS<br>MENA MIKHAIL<br>SCOTT RITTER<br>GINA RITTER<br>FREDERICK SUBLETT<br>MARIAN TADROUS<br>MICHAEL ZAKARIA<br><br>    PLAINTIFFS,<br><br>v.<br><br><br>TOWN OF SMYRNA, TENNESSEE,<br>POLICE CHIEF KEVIN ARNOLD, in his<br>official and individual capacity,<br>RUTHERFORD COUNTY, TENNESSEE,<br>DISTRICT ATTORNEY JENNINGS JONES,<br>in his official and individual capacity,<br>ASSISTANT DISTRICT ATTORNEY JOHN<br>ZIMMERMAN, in his official and individual<br>capacity, and SHERIFF MIKE FITZHUGH,<br>in his official and individual capacity.<br><br>    DEFENDANTS. | )))))))))))))))))))))))))))))))))) | **CASE NO. 3:18-cv-0965**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

COMES NOW Josh A. McCreary, Hudson, Reed & McCreary, PLLC, and enters his appearance on behalf of Defendants, Rutherford County, Tennessee and Sheriff Mike Fitzhugh.

Respectfully submitted,

Hudson, Reed & McCreary, PLLC

By:/s/ Josh A. McCreary
    Josh A. McCreary,
    Tenn. BPR#19498
    16 Public Square North
    P.O. Box 884
    Murfreesboro, TN  37133
    (615) 893-5522
    jmccreary@mborolaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent via the Court's electronic filing system to all counsel registered in this case on this 31st day of October, 2018:

Christopher W. Smith
David Randolph Smith
Dominick R. Smith
W. Lyon Chadwick, Jr.
David Randolph Smith & Associates
1913 21st Ave. South
Nashville, TN 37212

Frank R. Brazil
Wesley B. Clark
Brazil Clark, PLLC
2706 Larmon Avenue
Nashville, TN 37204

Robert M. Burns
Howell & Fisher, PLLC
Court Square Building
300 James Robertson Parkway #300
Nashville, TN 37201

Austin C. Evans
Howell & Fisher, PLLC
Court Square Building
300 James Robertson Parkway #300
Nashville, TN 37201

/s/ Josh A. McCreary
Josh A. McCreary