> Motion GRANTED. Extension to 11/30/2018.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JAMES SWAIN RIEVES, <br> SAMY ANGLY <br> AYOOB AYOOB <br> LOUIS SHAUN BERBERT <br> AKRAM BISHARA <br> ESKANDER ESKANDER <br> GEORGE HANNA <br> EHAB MALATY <br> ALAA MANKARIOUS <br> NEVEN MANSOUR <br> MICHEAL MARCOUS <br> MENA MIKHAIL <br> SCOTT RITTER <br> GINA RITTER <br> FREDERICK SUBLETT <br> MARIAN TADROUS <br> MICHAEL ZAKARIA <br><br> PLAINTIFFS, <br><br> v. <br><br> TOWN OF SMYRNA, TENNESSEE, <br> POLICE CHIEF KEVIN ARNOLD, in his official and individual capacity, <br> RUTHERFORD COUNTY, TENNESSEE, <br> DISTRICT ATTORNEY JENNINGS JONES, in his official and individual capacity, <br> ASSISTANT DISTRICT ATTORNEY JOHN ZIMMERMAN, in his official and individual capacity, and SHERIFF MIKE FITZHUGH, in his official and individual capacity. <br><br> DEFENDANTS. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CASE NO. 3:18-cv-0965 <br><br> JURY TRIAL DEMANDED |

**UNOPPOSED MOTION OF RUTHERFORD COUNTY, TENNESSE AND SHERIFF MIKE FITZHUGH FOR EXTENSION TO FILE RESPONSIVE PLEADING**