# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| JAMES SWAIN RIEVES, ET AL. ) | |
| ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | |
| v. ) | CASE NO. 3:18-cv-0965 |
| ) | |
| ) | JURY TRIAL DEMANDED |
| TOWN OF SMYRNA, TENNESSEE, ET AL. ) | |
| ) | |
| ) | |
| DEFENDANTS. ) | |

## RUTHERFORD COUNTY AND SHERIFF FITZHUGH'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFFS' RESPONSE TO MOTION TO DISMISS

COME NOW Defendants, Rutherford County, Tennessee, and Sheriff Mike Fitzhugh ("Defendants"), by and through counsel, and move the Court for an extension of time to file a Reply to the Plaintiffs' Response to the Defendants' Motion to Dismiss and for cause would state and show unto the Court as follows:

1. The Plaintiffs filed their Response to the Motion to Dismiss on December 20, 2018.

2. Due to the holidays, there has not been sufficient time to file an appropriate Reply in the time period required.

3. Plaintiffs' counsel has been contacted and is not opposed to an extension. Moreover, no party will be prejudiced by same as other parties are still within their extension periods to file various papers.

4. Defendants request an extension to and through January 16, 2019 to file a Reply.

WHEREFORE, Defendants pray the Court grant an extension to file a Reply to and through January 16, 2019 and for such further and general relief as the Court may deem proper.

    Respectfully submitted,

    Hudson, Reed & McCreary, PLLC

    By:/s/ Josh A. McCreary_____
        Josh A. McCreary,
        Tenn. BPR#19498
        16 Public Square North
        P.O. Box 884
        Murfreesboro, TN 37133
        (615) 893-5522
        jmccreary@mborolaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent via the Court's electronic filing system to all counsel registered in this case on this 27th day of December, 2018:

Christopher W. Smith
David Randolph Smith
Dominick R. Smith
W. Lyon Chadwick, Jr.
David Randolph Smith & Associates
1913 21st Ave. South
Nashville, TN 37212

Frank R. Brazil
Wesley B. Clark
Brazil Clark, PLLC
2706 Larmon Avenue
Nashville, TN 37204

Robert M. Burns
Howell & Fisher, PLLC
Court Square Building
300 James Robertson Parkway #300
Nashville, TN 37201

Austin C. Evans
Howell & Fisher, PLLC
Court Square Building
300 James Robertson Parkway #300
Nashville, TN 37201

Nathan D. Cate
Jesse P. Lords
Law Offices of Lords and Cate
Washington Square Building
222 2nd Ave. N., Ste. 415
Nashville, TN 37201

Heather Cairns Ross
Tennessee Attorney General's Office
PO Box 20207
Nashville, TN 37202

William T. Ramsey
Blind Akrawi
1201 Demnonbreun Street
Suite 1000
Nashville, TN 37203

                                              /s/ Josh A. McCreary_____
                                              Josh A. McCreary