IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JAMES SWAIN RIEVES, ET AL. ) | |
| ) | CASE NO. 3:18-CV-0965 |
| PLAINTIFFS, ) | |
| ) | Judge Aleta A. Trauger |
| V. ) | |
| ) | Jury Trial Demanded |
| TOWN OF SMYRNA, TENNESSEE, ) | |
| ET. AL. ) | |
| ) | |
| DEFENDANTS. ) | |

## AMENDED CERTIFICATE OF SERVICE FOR D.E. 41, PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT ZIMMERMAN'S MOTION TO DISMISS

The undersigned hereby certifies that a true and correct copy of D.E. 41, Plaintiffs' Response to Defendant John Zimmerman's Motion to Dismiss, was sent via the Court's electronic filing system to all counsel registered in this case on January 2, 2019.

Frank R. Brazil
Wesley B. Clark Brazil Clark, PLLC 2706
Larmon Avenue
Nashville, TN 37204

Nathan D. Cate
Jesse P. Lords
Law Offices of Lords and Cate Washington Square Building
222 2nd Ave. N., Ste. 415 Nashville, TN 37201
*Attorneys for Plaintiff Rieves*

Robert M. Burns
Austin C. Evans
Howell & Fisher, PLLC
Court Square Building
300 James Robertson Parkway #300 Nashville, TN 37201
*Attorney for Town of Smyrna and Kevin Arnold*

Josh A. McCreary
Nicholas C. Christiansen
Hudson, Reed & McCreary, PLLC 16 Public Square North
P.O. Box 884
Murfreesboro, TN 37133
*Attorneys for Mike Fitzhugh and Rutherford County*

Heather Cairns Ross
Tennessee Attorney General's Office PO Box 20207
Nashville, TN 37202
*Attorney for Jennings Jones*

1

William T. Ramsey
Blind Akrawi
1201 Demonbreun Street, Suite 1000 Nashville, Tennessee 37203
(615) 244-1713 – Telephone
(615) 726-0573 – Facsimile
*Attorneys for John Zimmermann*

/s/ Christopher W. Smith

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Amended Certificate of Service, was sent via the Court's electronic filing system to all counsel registered in this case on January 2, 2019.

Frank R. Brazil
Wesley B. Clark Brazil Clark, PLLC 2706
Larmon Avenue
Nashville, TN 37204

Nathan D. Cate
Jesse P. Lords
Law Offices of Lords and Cate Washington Square Building
222 2nd Ave. N., Ste. 415 Nashville, TN 37201
*Attorneys for Plaintiff Rieves*

Robert M. Burns
Austin C. Evans
Howell & Fisher, PLLC
Court Square Building
300 James Robertson Parkway #300 Nashville, TN 37201
*Attorneys for Town of Smyrna and Kevin Arnold*

Josh A. McCreary
Nicholas C. Christiansen
Hudson, Reed & McCreary, PLLC 16 Public Square North
P.O. Box 884
Murfreesboro, TN 37133
*Attorneys for Mike Fitzhugh and Rutherford County*

Heather Cairns Ross
Tennessee Attorney General's Office PO Box 20207
Nashville, TN 37202
*Attorney for Jennings Jones*

William T. Ramsey
Blind Akrawi
1201 Demonbreun Street, Suite 1000 Nashville, Tennessee 37203
(615) 244-1713 – Telephone
(615) 726-0573 – Facsimile
*Attorneys for John Zimmermann*

/s/ Christopher W. Smith