## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## AT NASHVILLE

| | | |
|---|---|---|
| JAMES SWAIN RIEVES, | ) | |
| SAMY ANGLY | ) | |
| AYOOB AYOOB | ) | |
| LOUIS SHAUN BERBERT | ) | |
| AKRAM BISHARA | ) | |
| ESKANDER ESKANDER | ) | |
| GEORGE HANNA | ) | |
| EHAB MALATY | ) | |
| ALAA MANKARIOUS | ) | |
| NEVEN MANSOUR | ) | |
| MICHEAL MARCOUS | ) | |
| MENA MIKHAIL | ) | |
| SCOTT RITTER | ) | |
| GINA RITTER | ) | |
| FREDERICK SUBLETT | ) | |
| MARIAN TADROUS | ) | |
| MICHAEL ZAKARIA | ) | |
| | ) | |
| PLAINTIFFS, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:18-cv-0965 |
| | ) | |
| | ) | JURY TRIAL DEMANDED |
| | ) | |
| TOWN OF SMYRNA, TENNESSEE, | ) | |
| POLICE CHIEF KEVIN ARNOLD, in his | ) | |
| official and individual capacity, | ) | |
| RUTHERFORD COUNTY, TENNESSEE, | ) | |
| DISTRICT ATTORNEY JENNINGS JONES, | ) | |
| in his official and individual capacity, | ) | |
| ASSISTANT DISTRICT ATTORNEY JOHN | ) | |
| ZIMMERMAN, in his official and individual | ) | |
| capacity, and SHERIFF MIKE FITZHUGH, | ) | |
| in his official and individual capacity. | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## NOTICE OF APPEARANCE

COMES NOW Roger W. Hudson, Hudson, Reed & McCreary, PLLC, and enters his appearance as additional counsel on behalf of Defendants, Rutherford County, Tennessee and Sheriff Mike Fitzhugh.

Respectfully submitted,

Hudson, Reed & McCreary, PLLC

By:/s/ Roger W. Hudson_____
  Roger W. Hudson,
  Tenn. BPR#007014
  16 Public Square North
  P.O. Box 884
  Murfreesboro, TN  37133
  (615) 893-5522
  rhudson@mborolaw.com

2

<u>CERTIFICATE OF SERVICE</u>

      The undersigned hereby certifies that a true and correct copy of the foregoing document was sent via the Court's electronic filing system to all counsel registered in this case on this 8<u>TH</u>   day of March, 2019:

Christopher W. Smith
David Randolph Smith
Dominick R. Smith
W. Lyon Chadwick, Jr.
David Randolph Smith & Associates
1913 21st Ave. South
Nashville, TN  37212

Frank R. Brazil
Wesley B. Clark
Brazil Clark, PLLC
2706 Larmon Avenue
Nashville, TN  37204

Robert M. Burns
Howell & Fisher, PLLC
3310 West End Avenue, Suite 550
Nashville, TN  37203

Austin C. Evans
Howell & Fisher, PLLC
3310 West End Avenue, Suite 550
Nashville, TN  37203

Nathan D. Cate
Jesse P. Lords
Law Offices of Lords and Cate
Washington Square Building
222 2nd Ave. N., Ste. 415
Nashville, TN 37201

Heather Cairns Ross
Tennessee Attorney General's Office
PO Box 20207
Nashville, TN 37202

Thomas J. Aumann
Assistant Attorney General Office
P.O. Box 20207
Nashville, Tennessee 37202-0207

William T. Ramsey
Blind Akrawi
1201 Demnonbreun Street
Suite 1000
Nashville, TN  37203


/s/ Roger W. Hudson_____
Roger W. Hudson