# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| JAMES SWAIN RIEVES, et al. | ) |
| PLAINTIFFS, | ) |
| v. | ) CASE NO. 3:18-cv-0965 |
| | ) Judge Aleta A. Trauger |
| TOWN OF SMYRNA, TENNESSEE, et al. | ) |
| DEFENDANTS. | ) |

## NOTICE OF APPEAL FILED ON BEHALF OF DEFENDANT SHERIFF MIKE FITZHUGH

Notice is hereby given that Defendant Sheriff Mike Fitzhugh appeals to the United States Court of Appeals for the Sixth Circuit from the Order entered in this action on March 6, 2019 denying Defendant Sheriff Mike Fitzhugh's Motion to Dismiss. (Order. R. 60, Page ID # 455-56; Memorandum R. 59, Page ID # 425-54). A denial of qualified immunity is a final decision within the meaning of 28 U.S.C. § 1291 and may be immediately appealed. *Ashcroft v. Iqbal*, 556 U.S. 662, 671-71 (2009); *Mitchell v. Forsyth*, 472 U.S. 511, 530 (1985).

Respectfully submitted,

**Hudson, Reed & McCreary, PLLC**

By: <u>/s/ Nicholas C. Christiansen</u>
  Nicholas C. Christiansen, #30103
  Roger W. Hudson, #7014
  Daniel W. Ames, #036720
  16 Public Square North
  P.O. Box 884
  Murfreesboro, TN  37133
  (615) 893-5522
  nchristiansen@mborolaw.com
  rhudson@mborolaw.com
  dames@mborolaw.com

*Attorneys for Defendant Sheriff Mike Fitzhugh*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent via the Court's electronic filing system to all counsel registered in this case on this the 3rd day of April, 2019:

Christopher W. Smith
David Randolph Smith
Dominick R. Smith
W. Lyon Chadwick, Jr.
1913 21st Ave. South
Nashville, TN 37212

Frank R. Brazil
Wesley B. Clark
2706 Larmon Avenue
Nashville, TN 37204

Robert M. Burns
Austin C. Evans
3310 West End Ave., Suite 550
Nashville, TN 37203

Nathan D. Cate
Jesse P. Lords
222 2nd Ave. N., Ste. 415
Nashville, TN 37201

Heather Cairns Ross
Thomas J. Aumann
P.O. Box 20207
Nashville, TN 37202

Blind Akrawi
William T. Ramsey
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203

/s/ Nicholas Christiansen_____
**Nicholas C. Christiansen**

3

Case 3:18-cv-00965   Document 71   Filed 04/03/19   Page 3 of 3 PageID #: 510