IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JAMES SWAIN RIEVES, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:18-cv-0965 |
| ) | |
| TOWN OF SMYRNA, TENNESSEE, ET AL., ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |

## ORDER STAYING DISCOVERY

This matter has come before the Court on the Parties' Joint Motion to Stay Discovery pending a ruling on appeal of the moving Defendants' respective motions to dismiss on absolute and qualified immunity grounds. The Court has considered the filings of the Parties and being sufficiently advised, finds that this motion is well-taken and should be and hereby is GRANTED.

Discovery in this matter, including initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) and the filing of an Answer, is stayed pending resolution of moving Defendants' defenses of absolute and qualified immunity.

It is so ORDERED.

_____
United States District Court Judge

**PREPARED FOR ENTRY:**

**NEAL & HARWELL, PLC**

By: ___/s/ Blind Akrawi_____
    William T. Ramsey, BPR #9245
    Blind Akrawi, BPR #023213
1201 Demonbreun Street, Suite 1000
Nashville, TN 37203
(615) 244-1713 – Telephone
(615) 726-0573 – Facsimile
wtr@nealharwell.com
bakrawi@nealharwell.com
*Counsel for Defendant John Zimmermann*

**HUDSON, REED & MCCREARY, PLLC**

By: ___/s/ Nicolas Christiansen w/ perm.___
    Roger Hudson
    Nicholas C. Christiansen
Daniel W. Ames
16 Public Square North
P.O. Box 884
Murfreesboro, TN 37133
*Counsel for Defendants Mike Fitzhugh and Rutherford County, Tennessee*

**TENNESSEE ATTORNEY GENERAL'S OFFICE**

By: __/s/ Heather Ross w/ perm._____
    Heather Cairns Ross
PO Box 20207
Nashville, TN 37202
*Counsel for Defendant Jennings Jones*


**DAVID RANDOLPH SMITH & ASSOC.**

By: __/s/ Christopher Smith w/ perm._____
    Christopher W. Smith
    David Randolph Smith
    Dominick R. Smith
    W. Lyon Chadwick, Jr.
David Randolph Smith & Associates
1913 2ist Ave. South
Nashville, TN 37212
*Counsel for Plaintiffs*

**BRAZIL CLARK, PLLC**

By: __/s/ Frank Brazil w/ perm.____
     Frank R. Brazil
     Wesley B. Clark
Brazil Clark, PLLC
2706 Larmon Avenue
Nashville, TN 37204
*Counsel for Plaintiffs*


**HOWELL & FISHER, PLLC**

By: __/s/ Robert Burns w/ perm.____
     Robert M. Burns
     Austin C. Evans
Howell & Fisher, PLLC
Court Square Building
300 James Robertson Parkway #300
Nashville, TN 37201
*Counsel for Defendants Town of Smyrna and Police Chief Kevin Arnold*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served by the Court's CM/ECF system on the following, on this the 23rd day of April, 2019:

**HUDSON, REED & MCCREARY, PLLC**

Roger Hudson
Nicholas C. Christiansen
Daniel W. Ames
16 Public Square North
P.O. Box 884
Murfreesboro, TN 37133
*Counsel for Defendant Mike Fitzhugh and Defendant Rutherford County, Tennessee*

**TENNESSEE ATTORNEY GENERAL**

Heather Cairns Ross
Senior Counsel
Office of Tennessee Attorney General
PO Box 20207
Nashville, TN 37202
*Counsel for Defendant Jennings Jones*

**DAVID RANDOLPH SMITH & ASSOC.**

Christopher W. Smith
David Randolph Smith
Dominick R. Smith
W. Lyon Chadwick, Jr.
David Randolph Smith & Associates
1913 2ist Ave. South
Nashville, TN 37212
*Counsel for Plaintiffs*

**BRAZIL CLARK, PLLC**

Frank R. Brazil
Wesley B. Clark
Brazil Clark, PLLC
2706 Larmon Avenue
Nashville, TN 37204
*Counsel for Plaintiffs*

**HOWELL & FISHER, PLLC**

Robert M. Burns
Austin C. Evans
Howell & Fisher, PLLC
Court Square Building
300 James Robertson Parkway #300
Nashville, TN  37201
*Counsel for Defendants Town of Smyrna and Police Chief Kevin Arnold*

             /s/ Blind Akrawi