IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| **JAMES SWAIN RIEVES, ET AL.,** | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 3:18-cv-0965 |
| | ) | |
| v. | ) | |
| | ) | **JUDGE ALETA A. TRAUGER** |
| **TOWN OF SMYRNA, TENNESSEE,** | ) | **MAG. JUDGE HOLMES** |
| **ET AL.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF PARTIAL DISMISSAL WITH PREJUDICE

The Plaintiffs represented by the David Randolph Smith and Associates law firm (16 of the 17 Plaintiffs in this case)[1] have agreed to a dismissal of their cause of action against all the Defendants (Town of Smyrna and its Police Chief Kevin Arnold; Rutherford County, Tennessee and Rutherford County Sheriff Mike Fitzhugh; District Attorney General Jennings Jones; and Assistant District Attorney General John Zimmermann) with prejudice, and have moved the Court for entry of an Order of Partial Dismissal with Prejudice. All issues between the parties to the Joint Motion for Order of Partial Dismissal with Prejudice have been resolved. Each party is to bear its own costs and attorney's fees, and no costs, expenses, or fees are sought.

IT IS hereby ORDERED, ADJUDGED, AND DECREED that this suit filed by Plaintiffs Samy Angly, Ayoob Ayoob, Louis Shaun Berbert, Akram Bishara, Eskander Eskander, George Hanna, Ehab Malaty, Alaa Mankarious, Neven Mansour, Micheal Marcous, Mena Mikhail, Scott and Gina Ritter, Frederick Sublett, Marian Tadrous, and Michael Zakaria against the Defendants

---

1. Said Plaintiffs consist of the following individuals: Samy Angly, Ayoob Ayoob, Louis Shaun Berbert, Akram Bishara, Eskander Eskander, George Hanna, Ehab Malaty, Alaa Mankarious, Neven Mansour, Micheal Marcous, Mena Mikhail, Scott and Gina Ritter, Frederick Sublett, Marian Tadrous, and Michael Zakaria. The remaining Plaintiff, James Swain Rieves, is represented by Frank Brazil and Wesley Clark, Jesse P. Lords, and Nathan Cate.

1

Town of Smyrna and its Police Chief Kevin Arnold; Rutherford County, Tennessee and Rutherford County Sheriff Mike Fitzhugh; District Attorney General Jennings Jones; and Assistant District Attorney General John Zimmermann shall be and hereby is DISMISSED WITH PREJUDICE. This case as to those Plaintiffs is DISMISSED in its entirety.

    IT IS SO ORDERED.

_____
ALETA A. TRAUGER
District Court Judge

APPROVED FOR ENTRY:

/s/ Christopher W. Smith
David Randolph Smith, #11905
Dominick R. Smith, #28783
Wm. Lyon Chadwick, Jr., #29599
Christopher W. Smith, #34450
LAW OFFICES OF DAVID RANDOLPH
SMITH & ASSOCIATES
1913 21ST Avenue South
Nashville, TN 37212
drs@drslawfirm.com
dom@drslawfirm.com
lyon@drslawfirm.com
csmith@drslawfirm.com
*Attorneys for Plaintiffs Samy Angly,*
*Ayoob Ayoob, Louis Shaun Berbert,*
*Akram Bishara, Eskander Eskander,*
*George Hanna, Ehab Malaty,*
*Alaa Mankarious, Neven Mansour, Micheal*
*Marcous, Mena Mikhail, Scott and Gina Ritter,*
*Frederick Sublett, Marian Tadrous,*
*and Michael Zakaria*

/s/ Blind Akrawi
William T. Ramsey, # 9245
Blind Akrawi, BPR # 23213
NEAL & HARWELL, PLC
1201 Demonbreun St., Suite 1000

Nashville, TN 37203
(615) 244-1713
wtr@nealharwell.com
bakrawi@nealharwell.com
*Attorneys for Assistant District*
*Attorney General John Zimmermann*

s/ Nicholas Christiansen
Nicholas C. Christiansen, # 30103
Roger W. Hudson, # 7014
Daniel W. Ames, # 36720
HUDSON REED & CHRISTIANSEN PLLC
16 Public Square North
P.O. Box 884
Murfreesboro, TN 37133
(615) 893-5522
rhudson@mborolaw.com
nchristiansen@mborolaw.com
dames@mborolaw.com
*Attorneys for Defendants Rutherford County,*
*Tennessee, Sheriff Mike Fitzhugh*

/s/ Heather C. Ross
Heather C. Ross, # 15644
TN ATTORNEY GENERAL'S OFFICE
P. O. Box 20207
Nashville, TN 37202-0207
(615) 532-2559
heather.ross@ag.tn.gov
*Attorney for Defendant District*
*Attorney General Jennings Jones*

/s/ Robert M. Burns
Robert M. Burns, # 15383
Samantha A. Burnett, #37250
HOWELL & FISHER, PLLC
3310 West End Avenue, Suite 550
Nashville, TN 37203
(615) 921-5211 Direct
(615) 244-3518 Fax
rburns@howell-fisher.com
sburnett@howell-fisher.com
*Attorneys for Defendants Town of Smyrna*
*and Police Chief Kevin Arnold*

/s/ Jeffrey L. Peach
Jeffrey L. Peach
Town of Smyrna
Office of Town Attorney
315 S Lowry Street
Smyrna, TN 37167
jeff.peach@townofsmyrna.org
*Attorney for Defendants Town of Smyrna and*
*Police Chief Kevin Arnold*