**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: June 07, 2023

Ms. Lynda M. Hill
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

               Re:  Case No. 23-5106, *James Rieves v. Town of Smyrna, TN, et al*
                       Originating Case No. : 3:18-cv-00965

Dear Ms. Hill:

  Enclosed is a copy of the mandate filed in this case.

                                            Sincerely yours,

                                            s/Patricia J. Elder, Senior Case Manager
                                             for Sharday Swaint, Case Manager

cc:  Mr. Daniel Wesley Ames
      Mr. Frank Ross Brazil
      Mr. Nick C. Christiansen
      Mr. Wesley Ben Clark
      Mr. Austin C. Evans
      Mr. David Randall Mantooth
      Mr. Jeffrey L. Peach

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

———————

No: 23-5106

———————

Filed: June 07, 2023

JAMES SWAIN RIEVES

  Plaintiff - Appellant

v.

TOWN OF SMYRNA, TN; POLICE CHIEF KEVIN ARNOLD, in his official and individual capacity; RUTHERFORD COUNTY, TN; SHERIFF MIKE FITZHUGH, in his official and individual capacity

  Defendants - Appellees

## MANDATE

 Pursuant to the court's disposition that was filed 05/16/2023 the mandate for this case hereby issues today.

 COSTS: None