# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| JAMES SWAIN RIEVES, | ) |
| | ) |
| VS. | ) CASE #: 3:18-cv-965 |
| | ) |
| TOWN OF SMYRNA, POLICE CHIEF KEVIN ARNOLD, RUTHERFORD COUNTY, TENNESSEE AND SHERIFF MIKE FITZHUGH. | ) ) ) ) |

○ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict as reflected in the jury's verdict on February 15, 2024. (Docket No. 291).

The jury found by a preponderance of the evidence in favor of plaintiff, that Smyrna Police Department participated in seizing plaintiff's property on September 26, 2017 and that Clete Elstran of the Smyrna Police Department made false statements or omitted information in his February 2, 2018 Affidavit in support of the Petition for Abatement material to the judicial finding of probable cause.

The jury found by a preponderance of the evidence in favor of defendants, that defendants were not liable for any of plaintiff's other claims and no monetary damages were awarded to plaintiff.

IT IS ORDERED AND ADJUDGED.

LYNDA HILL, CLERK
*/s/ Katheryn Beasley*
BY KATHERYN BEASLEY
DEPUTY CLERK